**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-2541-JLK-AP

LYNN BOIKO,

    Plaintiff,

v.

DEPARTMENT OF HOMELAND SECURITY,
CITIZENSHIP & IMMIGRATION SERVICES,

    Defendants.

---

**ORDER**

---

Per the parties' joint motion and stipulation, Doc. 20, and for good cause shown, the Court hereby amends Plaintiff's certificate of naturalization to indicate that Plaintiff was born on June 7, 1958, and orders the United States Citizenship and Immigration Services to issue a replacement certificate of naturalization to reflect that amendment.

Upon this Court's receipt of proof that such a replacement certificate of naturalization has been issued by the United States Citizenship and Immigration Services to Plaintiff, the Court will dismiss the case with prejudice with each side to pay its own attorney fees and costs.

Dated: March  13, 2013            BY THE COURT:

                                                     /s/ John L. Kane
                                                     U.S. Senior District Judge