# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-2541-JLK-AP

LYNN BOIKO,

    Plaintiff,

v.

DEPARTMENT OF HOMELAND SECURITY,
CITIZENSHIP & IMMIGRATION SERVICES,

    Defendants.

---

# ORDER

---

Having received notice, Doc. 22-1, that on March 15, 2013, the United States Citizenship and Naturalization Service issued a replacement Certificate of Naturalization with a date of birth reflecting the amendment made by the Court to show that Lynn Van Boiko was born on June 7, 1958, the above captioned matter is DISMISSED WITH PREJUIDICE with each side to pay its own attorney fees and costs.

DATED:    March 18, 2013        BY THE COURT:

                                                        */s/John L. Kane*
                                                        U.S. Senior District Judge