# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-2541-JLK-AP

LYNN BOIKO,

    Plaintiff,

v.

DEPARTMENT OF HOMELAND SECURITY,
CITIZENSHIP & IMMIGRATION SERVICES,

    Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and the orders entered in this case, the following **Final Judgment** is entered.

In accordance with the Order entered March 18, 2013 by Senior District Jude John L. Kane, it is

ORDERED THAT, pursuant to the notice, Doc. 22-1, that on March 15, 2013, the United States Citizenship and Naturalization Service issued a replacement Certificate of Naturalization with a date of birth reflecting the amendment made by the Court to show that Lynn Van Boiko was born on June 7, 1958, the above captioned matter is DISMISSED WITH PREJUDICE with each side to pay its own attorney fees and costs.

DATED at Denver, Colorado, this 29th day of March, 2013.

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK

                By: s/Edward P. Butler
                      Edward P. Butler
                      Deputy Clerk